# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| MARTIN J. BRADLEY, Jr., | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | CV414-198 |
| | ) | CR405-059 |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## ORDER

In 2014, Martin Bradley, Jr. filed a 28 U.S.C. § 2255 motion challenging his conviction for racketeering, money laundering, and failure to disclose a foreign financial interest. Doc. 553; docs. 1531 & 1532 (double entry). His son, Martin Bradley, III also was convicted in the same scheme and had filed a § 2255 motion the year before. Doc. 553; doc. 1494. The district court denied the son's motion, and he appealed. *Bradley v. United States*, No. 4: 13-CV-121, 2013 WL 6246775, at *1 (S.D. Ga. Dec. 3, 2013), *aff'd in part, rev'd in part*, 2017 WL 237581 (11th Cir. Jan. 19, 2017) (*Bradley*). The father had adopted his son's § 2255 motion as his own (docs. 1494, 1531 & 1532), so this Court stayed the father's case until *Bradley's* resolution. Doc. 1536.

1

The Eleventh Circuit in part affirmed and in part reversed the district judge's ruling. *Bradley*, 2017 WL 237581 at *10 (11th Cir. Jan. 19, 2017); doc. 1550 (mandate). Therefore, the Court **VACATES** the stay. Doc. 1536. Within 14 days of the date this Order is served, the father shall brief the Court on any claims that remain in his § 2255 motion. The United States will have 14 days to reply. Movant's failure to comply may result in dismissal under Fed. R. Civ. P. 41(b) and L.R. 41.1(b).

**SO ORDERED**, this 13th day of April, 2017.

/s/ G. R. Smith
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA