# United States District Court
## Southern District of Georgia

MARTIN BRADLEY, JR.,

    Petitioner,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 414-198
(CR 405-059)

UNITED STATES OF AMERICA,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated 12/11/2017 that Bradley Jr.'s § 2255 motion be granted in part, and further Orders that Bradley Jr.'s Count One conviction be vacated.

| | | |
|---|---|---|
| 12/13/2017 | | Scott L. Poff |
| *Date* | | *Clerk* |
| | | /s/ Jamie Hodge |
| | | *(By) Deputy Clerk* |